IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STONINGTON INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-5765 |
| | : | |
| PETER G. DARDAS | : | |

## **ORDER**

AND NOW, this 20th day of July, 2010, it is ORDERED Plaintiff Stonington Insurance Company's Motion for Summary Judgment (Document 9) is DENIED.

It is further ORDERED Defendant Peter Dardas's Motion for Summary Judgment (Document 11) is GRANTED.

Judgment is entered against Plaintiff and for Defendant. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.